# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0608

_____

RAKESH VERMA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

April 11, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

RAY, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rakesh Verma, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.